AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| GUARDIAN PHARMACY, LLC d/b/a GUARDIAN PHARMACY SERVICES, an Indiana limited liability company <br><br> *Plaintiff(s)* <br> v. <br> Guardian Pharmacy, LLC, a Florida limited liability company <br><br> *Defendant(s)* | ) ) ) ) ) ) ) Civil Action No. 6:25-cv-00128-PGB-DCI ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Guardian Pharmacy, LLC
    c/o Vikram J. Saini, Registered Agent
    483 N. Semoran Boulevard, Ste. 204
    Winter Park, FL  32792

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Thomas J. Cunningham
    Troutman Pepper Locke LLP
    777 South Flagler Drive, Ste. 215 - East Tower
    West Palm Beach, FL  33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*LisaSilvia*

Date:  January 28, 2025

*Signature of Clerk or Deputy Clerk*